Gerald C. Conley, Esq. (Texas Bar No. 04664200)
Admitted *Pro Hac Vice*
Tonya M. Gray, Esq. (Texas Bar No. 24012726)
Admitted *Pro Hac Vice*
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas  75201
Telephone:  (214)659-4400
Facsimile:  (214)-659-4401
Email:         geraldconley@andrewskurth.com
                  tonyagray@andrewskurth.com

Ralph W. Tarr, Esq.(State Bar No. 072893)
ANDREWS KURTH LLP
601 South Figueroa Street, Suite 3700
Los Angeles, California  90017-5742
Tel:  (213) 896-3100
Fax:  (213) 896-3137
Email:  rtarr@andrewskurth.com

Attorneys for Defendant
GREGG YOUNG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PROSPER MARKETPLACE, INC. a Delaware Corporation,<br><br>         Plaintiff,<br><br>     v.<br><br>GREGG YOUNG, an individual d/b/a FIDELITY INDEMNITY CAPITAL, CORP. and DOES 1 THROUGH 9,<br><br>         Defendant. | Case No. C 06 3031 CW<br><br>The Honorable Judge Claudia Wilken<br><br>**ORDER ON STIPULATION EXTENDING THE BRIEFING SCHEDULE WITH RESPECT TO DEFENDANT GREGG YOUNG'S MOTION TO DISMISS** |

Pursuant to Stipulation of the Parties, and good cause having been shown,

IT IS ORDERED, ADJUDGED AND DECREED that the briefing schedule on Defendant Gregg Young's Motion to Dismiss for Lack of Personal Jurisdiction ("Motion") shall be, and is hereby extended as follows:

Plaintiff's Opposition to the Motion shall be due on or before August 28, 2006, and any reply by Defendant shall be due on or before September 5, 2006.

DATED:_7/25/06

/s/ CLAUDIA WILKEN

THE HONORABLE CLAUDIA WILKEN

ANDREWS KURTH LLP

By: _____
Ralph W. Tarr
Attorneys for Defendant
GREGG YOUNG

ANDREWS KURTH LLP
601 SOUTH FIGUEROA STREET, SUITE 3700
LOS ANGELES, CALIFORNIA 90017-5742
(213) 896-3100

DAL:627676.2

2
**(PROPOSED) ORDER ON STIPULATION EXTENDING THE BRIEFING SCHEDULE**     **CASE NO. C 06 3031 CW**