1  Gerald C. Conley (Texas Bar No. 04664200)          (Space Below Reserved For Filing Stamp Only)
   Admitted *Pro Hac Vice*
2  Tonya M. Gray, (Texas Bar No. 24012726)
   Admitted *Pro Hac Vice*
3  **ANDREWS KURTH LLP**
   1717 Main Street, Suite 3700
4  Dallas, Texas  75201
   Telephone:  214.659.4400
5  Facsimile:  214.659.4401
   geraldconley@andrewskurth.com
6  tonyagray@andrewskurth.com

7  RALPH W. TARR, State Bar No. 072893
   **ANDREWS KURTH LLP**
8  601 South Figueroa, Suite 3700
   Los Angeles, California 90017
9  Telephone:  213.896.3100
   Facsimile:  213.896.3137
10 rtarr@andrewskurth.com

11 Attorneys for Defendant
   GREGG YOUNG
12
                **IN THE UNITED STATES DISTRICT COURT**
13
             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14
                        **OAKLAND DIVISION**
15

16 PROSPER MARKETPLACE, INC., a        Case No. C 06 3031 CW
   Delaware Corporation,
17                                     *The Honorable Claudia Wilken*
                Plaintiff,
18                                     **ORDER ON STIPULATION**
        vs.                            **EXTENDING THE BRIEFING**
19                                     **SCHEDULE WITH RESPECT TO**
   GREGG YOUNG, AN INDIVIDUAL          **DEFENDANT GREGG YOUNG'S**
20 d/b/a FIDELITY INDEMNITY            **MOTION TO DISMISS AND**
   CAPITAL, CORP.; and DOES 1          **CONTINUING THE INITIAL CASE**
21 THROUGH 9,                          **MANAGEMENT CONFERENCE AS**
                                       **MODIFIED**
22              Defendants.
23

24

25

26

27

28

ANDREWS KURTH LLP
601 SOUTH FIGUEROA STREET, SUITE 3700
LOS ANGELES, CALIFORNIA 90017-5742
(213) 896-3100

LOS:108815.1

Pursuant to Stipulation of the Parties, and good cause having been shown,

IT IS ORDERED, ADJUDGED AND DECREED that:

The briefing schedule on Defendant Gregg Young's Motion to Dismiss for Lack of Personal Jurisdiction ("Motion") shall be, and is hereby extended as follows:

Plaintiff's Opposition to the Motion shall be due on or before September 28, 2006, and any reply by Defendant shall be due on or before October 5, 2006.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:

The initial case management conference is continued to October 20, 2006, with all of the deadlines calculated on the basis of the date of the initial case management conference continued accordingly.

DATED:___Aug. 28, 2006                    /s/ CLAUDIA WILKEN

                                          THE HONORABLE CLAUDIA WILKEN


ANDREWS KURTH LLP


By: _____
              Ralph W. Tarr
Attorneys for Defendant
GREGG YOUNG

ANDREWS KURTH LLP
601 SOUTH FIGUEROA STREET, SUITE 3700
LOS ANGELES, CALIFORNIA 90017-5742
(213) 896-3100