Gerald C. Conley (Texas Bar No. 04664200)
Admitted *Pro Hac Vice*
Tonya M. Gray, (Texas Bar No. 24012726)
Admitted *Pro Hac Vice*
**ANDREWS KURTH LLP**
1717 Main Street, Suite 3700
Dallas, Texas  75201
Telephone:  214.659.4400
Facsimile:  214.659.4401
geraldconley@andrewskurth.com
tonyagray@andrewskurth.com

RALPH W. TARR, State Bar No. 072893
**ANDREWS KURTH LLP**
601 South Figueroa, Suite 3700
Los Angeles, California 90017
Telephone:  213.896.3100
Facsimile:  213.896.3137
rtarr@andrewskurth.com

Attorneys for Defendant
GREGG YOUNG

(Space Below Reserved For Filing Stamp Only)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PROSPER MARKETPLACE, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GREGG YOUNG, AN INDIVIDUAL d/b/a FIDELITY INDEMNITY CAPITAL, CORP.; and DOES 1 THROUGH 9,<br><br>　　　　　Defendants. | Case No. C 06 3031 CW<br><br>*The Honorable Claudia Wilken*<br><br>**ORDER ON STIPULATION EXTENDING THE BRIEFING SCHEDULE WITH RESPECT TO DEFENDANT GREGG YOUNG'S MOTION TO DISMISS AND CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE** |

**[PROPOSED] ORDER ON STIPULATION EXTENDING THE BRIEFING   CASE NO. C 06 3031 CW
SCHEDULE AND CONTINUING THE INITIAL
CASE MANAGEMENT CONFERENCE**

LOS:108978.1

Pursuant to Stipulation of the Parties, and good cause having been shown,

IT IS ORDERED, ADJUDGED AND DECREED that:

The briefing schedule on Defendant Gregg Young's Motion to Dismiss for Lack of Personal Jurisdiction ("Motion") shall be, and is hereby extended as follows:

> Plaintiff's Opposition to the Motion shall be due on or before October 11, 2006, and any reply by Defendant shall be due on or before October 18, 2006.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:

The initial case management conference is continued to November 3, 2006, with all of the deadlines calculated on the basis of the date of the initial case management conference continued accordingly.

DATED:___9/27_____, 2006          /s/ CLAUDIA WILKEN

                                    THE HONORABLE CLAUDIA WILKEN


ANDREWS KURTH LLP


By: _____
         Ralph W. Tarr
Attorneys for Defendant
GREGG YOUNG