Gerald C. Conley (Texas Bar No. 04664200)   (Space Below Reserved For Filing Stamp Only)
Admitted Pro Hac Vice
Tonya M. Gray, (Texas Bar No. 24012726)
Admitted Pro Hac Vice
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas  75201
Telephone:  214.659.4400
Facsimile:  214.659.4401
*geraldconley@andrewskurth.com*
*tonyagray@andrewskurth.com*

RALPH W. TARR, State Bar No. 072893
ANDREWS KURTH LLP
601 South Figueroa, Suite 3700
Los Angeles, California 90017
Telephone:  213.896.3100
Facsimile:  213.896.3137
*rtarr@andrewskurth.com*

Attorneys for Defendant
GREGG YOUNG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROSPER MARKETPLACE, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREGG YOUNG, an individual d/b/a FIDELITY INDEMNITY CAPITAL CORP.; and DOES 1 THROUGH 9,<br><br>Defendants. | Case No.   C 06 3031 CW<br><br>*The Honorable Judge Claudia Wilken*<br><br>**ORDER ON STIPULATION FOR WITHDRAWAL OF YOUNG'S MOTION TO DISMISS AND STAY OF PROCEEDINGS PURSUANT TO PARTIES' SETTLEMENT AS MODIFIED** |

1
(PROPOSED) ORDER ON STIPULATION FOR WITHDRAWAL           CASE NO. C 06 3031 CW
OF YOUNG'S MOTION TO DISMISS AND STAY OF PROCEEDINGS
PURSUANT TO PARTIES' SETTLEMENT

1   Pursuant to the Stipulation of the Parties, and good cause having been shown,

2   IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss filed by Defendant, Gregg Young ("Young") is deemed withdrawn.  No further briefing shall be done in connection with the now withdrawn Motion to Dismiss.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all matters in this action shall be stayed until December 15, 2006.  The previously continued case management conference shall be continued until **January 5, 2007, at 1:30 p.m**.  Plaintiff, Prosper Marketplace, Inc., shall dismiss this action with prejudice on or before December 15, 2006 unless Mr. Young fails to perform his obligations under the settlement, in which event, Mr. Young shall file an answer with the Court on or before December 15, 2006.

DATED: October  11, 2006.

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE


ANDREWS KURTH LLP


By: _____
Ralph W. Tarr
Attorneys for Defendant
GREGG YOUNG

2
(PROPOSED) ORDER ON STIPULATION FOR WITHDRAWAL                    CASE NO. C 06 3031 CW
OF YOUNG'S MOTION TO DISMISS AND STAY OF PROCEEDINGS
PURSUANT TO PARTIES' SETTLEMENT